MARCH 15, 2000

No. 99–8615 (99A759). POLAND *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari dismissed for want of jurisdiction.

No. 99–8597 (99A741). POLAND *v.* ARIZONA. Super. Ct. Ariz., Yavapai County. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE STEVENS

and JUSTICE BREYER would grant the application for stay of execution.